**Electronically Filed**
**Supreme Court**
**SCWC-11-0000891**
**28-MAY-2013**
**02:20 PM**

SCWC-11-0000891

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JEFFREY LAMAR TUNLEY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000891; FC-CR NO. 09-1-2151)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Jeffrey Lamar Tunley's

application for writ of certiorari, filed April 24, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 28, 2013.

Page C. Kraker
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack